IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES<br>*ex rel.* NATHAN DAVIDHEISER,<br><br>and<br><br>COMMONWEALTH OF VIRGINIA,<br>*ex rel.* NATHAN DAVIDHEISER,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNIVERSAL CONCRETE PRODUCTS<br>CORPORATION, et al.<br><br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No.: 1:16-cv-316-TSE-IDD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BY UNITED STATES AND COMMONWEALTH OF VIRGINIA
## AND
## PARTIAL DISMISSAL WITH PREJUDICE BY NATHAN DAVIDHEISER

Pursuant to Rule 41(A)(1)(ii) of the Federal Rules of Civil Procedure, the United States of America and the Commonwealth of Virginia hereby dismiss with prejudice the Amended Consolidated Complaint in Intervention (Dkt. No. 34) ("the Government's Complaint") against Defendants Universal Concrete Products Corporation and Donald Faust, Jr., pursuant to the terms of the Settlement Agreement executed among the parties on January 22, 2019 ("the Settlement Agreement"). Pursuant to 31 U.S.C. § 3730(c) and Va. Code Ann. § 8.01-216.6, Relator Nathan Davidheiser consents to the dismissal of the Government's Complaint with prejudice.

Pursuant to Rule 41(A)(1)(ii), Relator Nathan Davidheiser herby dismisses with prejudice Counts I – IV of Relator's Second Amended Complaint (Dkt. No. 63). Pursuant to 31 U.S.C. § 3730(b)(1) and Va. Code Ann. § 8.01-216.6, the United States and the Commonwealth of Virginia consent to dismissal of Counts I – IV of Relator's Second Amended Complaint with prejudice, pursuant to the terms of the Settlement Agreement. Counts V-VII of Relator's Amended Complaint are not dismissed.

Each party shall bear its own costs for litigation of the dismissed claims, except as set forth in the Settlement Agreement.

Dated: January 28, 2019

AGREED TO:

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: /s/ Christine N. Roushdy
CHRISTINE N. ROUSHDY
GERARD MENE
Assistant United States Attorneys
Counsel for the United States
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3911/3777
Fax: (703) 299-3983
Christine.Roushdy@usdoj.gov
Gerard.Mene@usdoj.gov

MARK R. HERRING
ATTORNEY GENERAL OF
VIRGINIA

By: /s/ Peter E. Broadbent
Cynthia E. Hudson
Chief Deputy Attorney General
Samuel T. Towell
Deputy Attorney General
Rodolfo R. Remigo

Chief/Senior Assistant Attorney General
Peter E. Broadbent VSB# 48127
Assistant Attorney General
*Counsel for the Commonwealth*
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Tel: (804) 786-6055
Fax: (804) 786-4839
pbroadbent@oag.state.va.us


/s/ Janel E. Quinn
Janel E. Quinn, VSB #89503
R. Scott Oswald, VSB #41770
The Employment Law Group, P.C.
888 17th Street, NW, 9th Floor
Washington, DC 20006
(202) 261-2813
(202) 261-2835 (facsimile)
jquinn@employmentlawgroup.com
soswald@employmentlawgroup.com
*Counsel for the Relator Davidheiser*


By: /s/ Doug P. Hibshman
Doug P. Hibshman (VSB No. 91465)
**Fox Rothschild LLP**
1030 15th Street NW
Suite 380E
Washington, DC 20005
(202) 461-3113 – direct
(202) 461-3102 – facsimile
dhibshman@foxrothschild.com
*Attorney for Defendants Universal Concrete Products Corp. and Donald Faust*


**HUDSON PARROTT WALKER, LLC**

By: /s/ Mary Lillian Walker
Kevin H. Hudson
Georgia Bar No. 374630

               Mary Lillian Walker
               Georgia Bar No. 732370
               Brad C. Parrott
               Georgia Bar No. 595999
               Alexander J. Bell
               Georgia Bar No. 159698
               Fifteen Piedmont Center, Suite 850
               3575 Piedmont Road, N.E.
               Atlanta, Georgia 30305
               Telephone: (404) 554-8181
               Facsimile: (404) 554-8171
               Email: khudson@hpwlegal.com
               Email: mwalker@hpwlegal.com
               Email: bparrott@hpwlegal.com
               Email: abell@hpwlegal.com
               *Attorney for Defendants Universal Concrete Products Corp. and Donald Faust*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to all counsel of record.

_____/s/_____
Christine N. Roushdy
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, VA 22314
Tel:   (703) 299-3911
Fax:   (703) 299-3983
Email: christine.roushdy@usdoj.gov
